JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Mendez | Case No. CV 18-02652-AB (PJWx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Peter Keath et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 27, 2018

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE